FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

March 1, 2022

No. 04-21-00482-CR

Vincent Jeffrey **SEARD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A21432
Honorable Albert D. Pattillo, III, Judge Presiding

# O R D E R

On February 24, 2022, appellant filed a motion for a thirty day extension of time to file his brief. We **grant** the motion and **order** appellant's counsel to file his brief **by March 28, 2022**. We further advise counsel no further extensions of time will be granted absent a motion, filed before the brief is due, (1) demonstrating extraordinary circumstances justifying further delay, (2) advising the court of the efforts counsel has expended in preparing the brief, and (3) providing the court reasonable assurance the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of March, 2022.

MICHAEL A. CRUZ, Clerk of Court